CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 25 2008

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| PAUL LEMONT WILLIAMS, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:08-cv-00174 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| D. COLLINS, et. al., | ) | By: Hon. James C. Turk |
|     Defendants. | ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that this action shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. §1915A(b)(1), and stricken from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 25th day of February, 2008.

/s/ James C. Turk
Senior United States District Judge